■ MICHELLE HAFFNER, Respondent, v STEVEN HAFFNER, Appellant. [665 NYS2d 582] —In an action for a divorce and ancillary relief, the husband appeals from an order of the Supreme Court, Queens County (Lonschein, J.), dated December 8, 1995, which, *inter alia,* awarded the wife temporary maintenance of $2,000 per month, temporary child support of $1,590 per month, and interim counsel fees of $4,000.

Ordered that the order is affirmed, with costs.

The pendente lite award of maintenance and child support was a proper exercise of discretion by the Supreme Court. Moreover, any perceived inequity in the award can be remedied by proceeding expeditiously to trial (*see, Albanese v Albanese,* 234 AD2d 489; *Hudak v Hudak,* 222 AD2d 404; *Goldsmith v Goldsmith,* 184 AD2d 619).

The husband's remaining contentions are without merit. Copertino, J. P., Sullivan, Pizzuto and Lerner, JJ., concur.